In the Matter of the Estate of PETER KINNEAR, Deceased.

KATHERINE L. KINNEAR, Appellant; TIMOTHY E. ROLAND, as Administrator with the Will Annexed of PETER KINNEAR, Deceased, Respondent.

(Argued October 19, 1934; decided November 20, 1934.)

646

*John J. McManus* for appellant.

*Rollin B. Sanford* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: LEHMAN, J.